# United States District Court
# District of Minnesota

United States of America

Plaintiff(s), **JUDGMENT BY DEFAULT**

-vs-

Civil No. 00-1803 DDA/FLN

Terry L. Holt

Defendant(s)

---

Affidavit of default, disbursements, identification and non-military service having been filed by plaintiff's attorney, and

It appearing that the above-named defendant has been duly served with process, that more than twenty (20) days have elapsed since said service, and that said defendant has failed to appear or plead in this cause;

Now on motion of said plaintiff's attorney, a default is hereby entered and it is

CONSIDERED, ORDERED AND ADJUDGED that the above-named plaintiff do have and recover of and from said defendant the sum of Eight thousand seven hundred thirty five and 45/100 Dollars ($ 8,735.45)

FRANCIS E. DOSAL, CLERK

DATED: October 20, 2000

By Victoria Moralez
Victoria Moralez, Deputy Clerk

| | |
|---|---|
| Principal/Damages | $ 5179.30 |
| Costs and disbursements | $ 266.00 |
| Interest to 5/24/00 | $ 3290.00 |
| Surcharge | $ |
| **TOTAL JUDGMENT** | $ 8735.45 |

Plus additional prejudgment interest from 5/24/00 at 8 percent per annum; and this judgment will accrue interest from the date of judgment at the legal rate of 6.241 percent per annum.